

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

AMENDED MEMORANDUM ORDER

Appellate case name:    Charlotte Patterson, IntegraCare of Texas, LLP, and Newspaper
Holdings, Inc. v. Crazy Hotel Assisted Living, LTD, Crazy Hotel
Assisted Living GP, LLC, Leisure Life Senior Apartment Housing II,
LTD, and Charles V. Miller

Appellate case number:    01-12-00581-CV

Trial court case number:    1174615

Trial court:        234th District Court of Harris County

On August 28, 2012, appellees filed motion to dismiss the appeal. On September 7, 2012, appellants filed a joint response to the motion to dismiss, asking, in the alternative, that the Court consider its interlocutory appeal as a petition for writ of mandamus.

The motion to dismiss is **ordered** taken with the case. The parties may file additional briefing concerning whether this case should be treated as a mandamus. *See CMH Homes v. Perez*, 340 S.W.3d 444, 452–54 (Tex. 2011). Such additional briefing, if any, should be filed **no later than October 1, 2012**.

Judge's signature: /s/ Jane Bland
                ☑ Acting individually    ☐ Acting for the Court

Date: September 13, 2012